*Motion for Early Termination*

To: The Honorable Judge Gustave Diamond

From: Gary Ebel

Subj: Defendant requests compassionate discharge of probation 2 months early so he can move to Brazil with his family.

The defendant was sentenced to 33 months September 1, 2005 will have completed 2 years 10 months of 3 year probation. The defendants business has failed. Soon defendant, his wife and 20 month old daughter will be homeless and without funds. Defendant's wife's mother has a home which we can live in Brazil. Defendant can teach English and support his family. Defendant never made trip to Brazil that the Honorable Judge approved as he did not have the money for trip. Defendant is very concerned of the effect homelessness will have on his infant daughter. The defendant has complied with all the terms of his probation including a recent DNA test ordered by probation. For the above reasons defendant begs court for a two month early termination of probation so he can take his family to Brazil where we will have a home and job.

Respectfully submitted     Gary Ebel

I certify that copy has been sent to Bonnie Schleuter U.S. Attorney