GARY EBEL
6644 W. Broadway
Long Beach, N.Y 11561

The Honorable Judge Gustave Diamond
U.S. Post Office + Courthouse
Seventh Ave + Grant St
Pittsburg, Pa. 15219

UNITED STATES DISTRICT COURT