IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATS OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 00-70 |
| | ) |
| GARY W. EBEL | ) |

### ORDER OF COURT

AND NOW, this 18th day of July, 2005, upon due consideration of defendant Gary Ebel's letter motion (Document No. 386) for early termination of his supervised release, IT IS ORDERED that the motion be, and the same hereby is, granted.

_____
Gustave Diamond
United States District Judge

cc: Gary W. Ebel
    664 W. Broadway
    Long Beach, NY 11561

    Wendy Brown
    U.S. Probation Officer

AO 72
(Rev. 8/82)